**ALLAN BLOCK CORPORATION, Plaintiff–Appellant,**

v.

**E. DILLON & COMPANY, Defendant– Cross Appellant.**

Nos. 2008–1014, 2008–1035.

United States Court of Appeals, Federal Circuit.

Aug. 13, 2008.

Darren B. Schwiebert, Fredrikson & Byron, P.A., of Minneapolis, Minnesota, argued for plaintiff-appellant. With him on the brief were Kurt J. Niederluecke, James R. Mayer, and Laura L. Myers.

Wyatt B. Durrette, Jr., DurretteBradshaw PLC, of Richmond, VA, argued for defendant-cross appellant. With him on the brief were Barrett E. Pope, Christine A. Williams, and Halliday Moncure Merrick.

Before MICHEL, Chief Judge, MOORE, Circuit Judge, and O'GRADY *, District Judge.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

---

* Honorable Liam O'Grady, District Judge, United States District Court for the Eastern District of Virginia, sitting by designation.

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.